Martha G. Bronitsky
Chapter 13 Trustee Standing Trustee
22320 FOOTHILL BLVD #150
HAYWARD CA 94541
TELEPHONE: 510 266 5580
FAX: 510 266 5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re: Debtor(s)
IRIS M SHIMADA

Case No 23-40247-WJL13

Chapter 13
**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $2,167.20 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case# | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 23-40247-WJL13 | IRIS M SHIMADA<br>3153 HERRIOTT AVENUE<br>OAKLAND CA 94619 | $DEBTOR | $2,167.20 |
| | Total Unclaimed Dividends | | $2,167.20 |

Dated: October 2, 2023

/s/ Martha G Bronitsky
Martha G. Bronitsky, Chapter 13 Trustee